369 A.2d 725

**COMMONWEALTH of Pennsylvania**

v.

**Edmund William LINCOLN, Appellant (two cases).**

Supreme Court of Pennsylvania.

Submitted Nov. 16, 1976.

Decided Feb. 28, 1977.

John R. Merrick, Public Defender, Michael S. Barranco, Asst. Public Defender, Carol E. Haltrecht, West Chester, for appellant.

Timothy H. Knauer, F. Ned Hand, Robert S. Gawthrop, III, Asst. Dist. Attys., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

The record in the instant case is remanded to the Court of Common Pleas of Chester County for the filing of an opinion in conformity with Pennsylvania Rule of Appellate Procedure 1925(a).

In addition, the Court of Common Pleas of Chester County is directed to hold an evidentiary hearing concerning the allegation of ineffective assistance of trial counsel.